# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 13-5272**  September Term, 2015

1:12-cv-01143-RJL

**Filed On:** October 2, 2015

Leneuoti Fiafia Tuaua, et al.,

    Appellants

  v.

United States of America, et al.,

    Appellees

------------------------------

American Samoa Government and Aumua Amata,

    Intervenors

**BEFORE:** Garland, Chief Judge; Henderson, Rogers, Tatel, Brown, Griffith, Kavanaugh, Srinivasan, Millett, Pillard, and Wilkins, Circuit Judges; Silberman and Sentelle, Senior Circuit Judges

## O R D E R

Upon consideration of appellants' petition for rehearing en banc, the response thereto, and the absence of a request by any member of the court for a vote, it is

**ORDERED** that the petition be denied.

### Per Curiam

                **FOR THE COURT:**
                Mark J. Langer, Clerk

    BY:   /s/
            Ken R. Meadows
            Deputy Clerk